# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SUNNY M. HAWKINS,** | ) CASE NO.  5:08CV0568 |
| Plaintiff, | ) Judge Dan Aaron Polster |
| vs. | ) **JUDGMENT ENTRY** |
| **COMMISSIONER OF SOCIAL SECURITY** | ) |
| Defendant. | ) |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and the above-captioned case is hereby terminated and dismissed as final.

   **IT IS SO ORDERED.**


   /s/Dan Aaron Polster     August 27, 2009
   **Dan Aaron Polster
   United States District Judge**